UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

DONALD WILLIAMS                          CIVIL ACTION NO. 11-cv-1881

VERSUS                                   JUDGE WALTER

JESSIE SCRIBER, ET AL                    MAGISTRATE JUDGE HORNSBY

# JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Plaintiff's **Motion for Summary Judgment (Doc. 46)** is **denied**, Defendants' **Motion for Summary Judgment (Doc. 42)** is granted, and all claims against all Defendants are **dismissed with prejudice.**

THUS DONE AND SIGNED at Shreveport, Louisiana, this the \_\_\_9\_\_\_ day of \_\_\_July\_\_\_, 2014.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE